IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02311-EWN-BNB

RACHELLE NARDO,
MOLLY TILLYER, and
CAYMI WITKOWSKI,

Plaintiffs,

v.

TOUSA HOMES, INC., d/b/a ENGLE HOMES COLORADO,

Defendant.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Joint Motion to Amend Scheduling Order to Extend Discovery Deadline** [docket no. 35, filed July 13, 2007] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and ONLY the discovery cut-off is extended to and including **July 31, 2007**.

DATED:  July 16, 2007