IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Civil Action No. 06–cv–02311–EWN–BNB

RACHELLE NARDO,
MOLLY TILLYER, and
CAYMI WITKOWSKI,

    Plaintiffs,

v.

TOUSA HOMES, INC., d/b/a ENGLE
HOMES COLORADO,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

This matter is before the court on the "Joint Stipulated Motion for Dismissal, with Prejudice" filed September 7, 2007. The court having read the motion for dismissal filed herein, and now being fully advised in the premises, it is

**ORDERED** that this action be and hereby is DISMISSED, with prejudice, each party to pay his, her or its own costs and attorneys' fees herein expended.

DATED this 10th day of September, 2007.

                BY THE COURT:

                s/ Edward W. Nottingham
                EDWARD W. NOTTINGHAM
                Chief United States District Judge